1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Jalon G. Raney

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 JALON G. RANEY,                  )  Case No.: CV 11-3220-PLA
                                    )
12        Plaintiff,                )  ORDER AWARDING EQUAL
                                    )  ACCESS TO JUSTICE ACT
13     vs.                          )  ATTORNEY FEES AND EXPENSES
                                    )  PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,               )  AND COSTS PURSUANT TO 28
   Commissioner of Social Security, )  U.S.C. § 1920
15                                  )
          Defendant                 )
16 _____  )

17
       Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
       IT IS ORDERED that fees and expenses in the amount of $3400 as
20
   authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
21
   DATE:    April 10, 2012
22
                                          _____
23                                        THE HONORABLE PAUL L. ABRAMS
                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ *Brian C. Shapiro*
   | _____
4 | Brian C. Shapiro
   | Attorney for plaintiff Jalon G. Raney
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26